Argued February 22, affirmed February 22, 1972

STATE OF OREGON, *Respondent, v.* JESS
WILLIAM NEAL (No. C-58965), *Appellant.*

493 P2d 1057

*Oscar D. Howlett,* Portland, argued the cause and
filed the brief for appellant.

*John W. Osburn,* Solicitor General, Salem, argued
the cause for respondent. With him on the brief were
Lee Johnson, Attorney General, and Robert L. Misner,
Assistant Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.

AFFIRMED FROM THE BENCH.